FILED

12/11/2019

Clerk, U.S. District Court
District of Montana
Helena Division

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ELLEN MARTEN, as Guardian and Conservator of Glen Marten, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF MONTANA, <br><br> Defendants. | Case No. 6:17-cv-00031-CCL <br><br> **ORDER** |

Based on the Stipulation of the parties filed on December 5, 2019, (Doc. 129), the above-entitled cause of action is dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii), as having been fully settled on the merits, each party to bear their own costs and attorney's fees.

Further, the Court finds that Ellen Marten is Glen Marten's Conservator and, with the representation of competent counsel, is acting in Glen Marten's best interest and on his behalf in entering this settlement of his case against the State.

DATED this 11th day of December, 2019.

HON. CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE